PD-0595-15

PD-0595-15
COURT OF CRIMINAL APPEALS
AUSTIN, TEXAS
Transmitted 5/15/2015 6:13:58 PM
Accepted 5/19/2015 3:11:27 PM
ABEL ACOSTA
CLERK

NO._____

IN THE

# TEXAS COURT OF CRIMINAL APPEALS

SITTING IN
AUSTIN, TEXAS

## GARY JAY MCCOY
PETITIONER,

V.

## STATE OF TEXAS
RESPONDENT

# *MOTION TO EXTEND TIME TO FILE PETITION FOR DISCRETIONARY REVIEW*

NO. 11-13-00099-CR
COURT OF APPEALS
FOR THE ELEVENTH DISTRICT OF TEXAS
AT EASTLAND

On appeal from Cause Number B-40,007
in the 161ST Judicial District
of Ector County, Texas
The Honorable John Smith, Presiding Judge

M. Michele Greene
State Bar No.00789966
2833 Wildwood Ave.
Odessa, Texas 79761
Tel: (432) 238-1255
Email: mmg@michelegreenelaw.com

**Attorney for Petitioner**

FILED IN
COURT OF CRIMINAL APPEALS

May 19, 2015

ABEL ACOSTA, CLERK

**TO THE HONORABLE COURT OF CRIMINAL APPEALS:**

NOW COMES Gary Jay McCoy, Petitioner in the above entitled and numbered cause, (hereinafter referred to as "Petitioner"), files this his Motion to Extend Time to File Petition for Discretionary Review pursuant to Rules 10.5(b) and 68.2(c) of the TEXAS RULES OF APPELLATE PROCEDURE, and would respectfully show the Court as follows:

## I.

This appeal arises out of a trial that resulted in a Judgment of Conviction by Jury dated February 14, 2013, (the "Judgment"). Petitioner appealed the Judgment to the Eleventh Court of Appeals. On April 16, 2015, the appellate court issued an opinion affirming the Judgment.

## II.

Petitioner's Petition for Discretionary Review is due to be filed on May 16, 2015.

## III.

After receiving the appellate court's opinion in this cause, Petitioner's court-appointed counsel, M. Michele Greene, ("Greene"), sent Petitioner a written letter regarding the appellate court's decision in this case and requested permission to file a Petition for Discretionary Review on Petitioner's behalf. Unbeknownst to Greene,

at the time she sent this letter, Petitioner was in the process of being transferred to a different prison facility in the Texas Department of Criminal Justice system. As a result of the unexpected transfer, Greene's correspondence to Petitioner took more time to than usual to reach Petitioner. Thus, Greene did not receive any response from Petitioner until yesterday, May 14, 2015, regarding filing a Petition for Discretionary Review. In his letter of May 14, 2015, Petitioner directed Greene to request an extension from this Court to file the Petition for Discretionary Review as Petitioner wanted the opportunity to assist in the preparation of said petition.

## IV.

Because of his unexpected transfer, Petitioner was unaware of the appellate court's opinion in this appeal and was therefore unable to timely assist Greene in the drafting of a Petition for Discretionary Review. Furthermore, Petitioner was unable to authorize Greene to file said petition on his behalf. Consequently, Petitioner was unable to timely file his Petition for Discretionary Review, and this request is not made for purposes of delay but so that justice may be served. Accordingly, Petitioner respectfully requests the Court to grant a first extension of the deadline for filing his Petition for Discretionary Review for an additional 30 days, i.e. until June 15, 2015.

WHEREFORE, Petitioner Gary Jay McCoy prays that the Court extend the time for filing his Petition for Discretionary Review until June 15, 2015.

3

Respectfully submitted,

**M. MICHELE GREENE**
Attorney at Law
2833 Wildwood Ave.
Odessa, Texas 79761
Tel: (432) 238-1255
Email: mmg@michelegreenelaw.com

By:   /s/ M. Michele Greene
M. Michele Greene
State Bar No. 00789966

**Attorney for Petitioner Gary Jay McCoy**

## Certificate of Compliance

In accordance with Rules 9.4(e) and (i) of the TEXAS RULES OF APPELLATE PROCEDURE, the undersigned attorney of record certifies that this Motion to Extend Time to File Petition For Discretionary Review contains **14-point** typeface for the body of the motion, contains **405** words, excluding those words identified as not being counted in Rule 9.4(i)(1), and was prepared on Word Perfect Version 9.

/s/ M. Michele Greene
M. Michele Greene

## Certificate of Service

I hereby certify that a true and correct copy of the above and foregoing Motion to Extend Time to File Petition for Discretionary Review was served electronically on May 15, 2015:

Michael Bloch
Ector County District Attorney's Office
Ector County Courthouse
300 N. Grant Ave. Rm. 305
Odessa, Texas 79761
MICHAEL.BLOCH@ectorcountytx.gov

**Attorney for Respondent**

/s/ M. Michele Greene
M. Michele Greene